IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00624-WYD-CBS

WAYNE GLASSER,

      Plaintiff,

v.

CAROLE KING, RN,
MICHAEL WALSH, PA,
LT. JAMES HARDING,
LYNN ERICKSON, HSA,
TOM CLEMENTS, Executive Director,
RAE TIMME, Warden,
RON WAGER, Associate Warden,
MAJ. TREVORS FILER,
LT. DAMIAN McDOUGAL,
ANTHONY DeCESARO,
COLORADO DEPARTMENT OF CORRECTIONS,
MICHAEL HANSA, MD, Deceased, Through Surviving Spouse and Successor,
WEERA-ANONG HANSA,
STEPHEN MACKERROW, MD,
PUEBLO CARDIOLOGY ASSOCIATES, PC,
STEPHEN R. KREBS, MD, and
CORRECTIONAL HEALTH PARTNERS,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Joint Stipulated Motion for

Dismissal With Prejudice [ECF No. 60], filed July 17, 2012.   After careful review of the

stipulation and the file, the court has concluded that pursuant to Fed. R. Civ. P. 41(a), the

stipulation should be approved and that Plaintiff Wayne Glasser's claims against

Defendant Correctional Health Partners should be dismissed with prejudice.

Accordingly, it is

ORDERED that the Joint Stipulated Motion for Dismissal With Prejudice [ECF No.

60], filed July 17, 2012, is **GRANTED.**   It is

FURTHER ORDERED that Plaintiff's claims against Defendant Correctional

Health Partners are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's

fees and costs.   It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to

reflect the dismissal of Defendant Correctional Health Partners from this matter.


Dated:   July 17, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE