IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-00624-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: March 4, 2013 | Courtroom Deputy: Nick Richards |

_Parties:_                                      _Counsel:_


WAYNE GLASSER                    _Pro Se (appearing by telephone)_

     Plaintiff,


v.


CAROLE KING, _et al_.,                    Joseph Patrick Sanchez
                                            Kathryn Anne Teresa Starnella
     Defendants.                    Michael Alan Watts _(appearing by telephone)_


---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session: 1:31 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion for Additional Time for Response to Defendant Lynn Erickson's Motion for Summary Judgment Pursuant to F.R.C.P. 56(d) [Doc. No. 118, filed February 4, 2013].

It is **ORDERED**:        Plaintiff's Motion for Additional Time [118] is **DENIED WITHOUT PREJUDICE**. Plaintiff may file a new motion which fully complies with Fed. R. Civ. P. 56(d) on or before March 18, 2013.

HEARING CONCLUDED.

**Court in recess**: **2:45 p.m.**
Total time in court:    01:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.