IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00624-WYD-CBS

WAYNE GLASSER,

      Plaintiff,

v.

CAROLE KING, R.N.;
MICHAEL WALSH, P.A.;
LT. JAMES HARDING;
LYNN ERICKSON, H.S.A.;
MICHAEL HANSA, M.D., deceased, through surviving spouse and successor, WEERA-
      ANONG HANSA;
STEPHEN MACKERROW, M.D.; and,
PUEBLO CARDIOLOGY ASSOCIATES, P.C.,

      Defendants.

---

### ORDER

---

    THIS MATTER is before the Court on the parties' Joint Stipulated Motion For

Dismissal Of Defendant Lynn Erickson With Prejudice [ECF No. 138], filed on May 20,

2013.  After carefully reviewing the above-captioned case, I find that the parties'

stipulation should be approved and defendant, Lynn Erickson, should be dismissed from

this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL

PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Joint Stipulated Motion For Dismissal Of Defendant

Lynn Erickson With Prejudice [ECF No. 138] is **GRANTED**, and the parties' stipulation

is **APPROVED**.  In accordance therewith, defendant, Lynn Erickson, is **DISMISSED**

**WITH PREJUDICE** from this action.  Each party bears its own attorney fees and costs.

- 1 -

Dated:  May 22, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge