IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00624-WYD-CBS

WAYNE GLASSER,
    Plaintiff,
v.

CAROLE KING, RN,
MICHAEL WALSH, PA,
LT. JAMES HARDING,
MICHAEL HANSA, MD, Deceased, through surviving spouse and successor,
WEERA-ANONG HANSA,
STEPHEN MACKERROW, MD, and
PUEBLO CARDIOLOGY ASSOCIATES, PC,
    Defendants.

---

ORDER FOR CLERK OF THE COURT TO ISSUE SUBPOENAS

---

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for hearing on May 23, 2013 on "Plaintiff's Request for Subpoena" (filed March 28, 2013) (Doc. # 126) and "Supplement to Request for Subpoena" (filed May 20, 2013) (Doc. # 137).  (*See* Courtroom Minutes/Minute Order (Doc. # 141).  Pursuant to the Order of Reference dated April 20, 2012 (Doc. # 12) and the memorandum dated March 28, 2012 (Doc. # 127), this matter was referred to the Magistrate Judge.  On April 17, 2012, the court granted Mr. Glasser leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* Doc. # 8).  It is now ORDERED that:

    1.    "Plaintiff's Request for Subpoena" (filed March 28, 2013) (Doc. # 126) is GRANTED IN PART AND DENIED IN PART.

    2.    The Clerk of the Court shall issue a subpoena to the Colorado Department of Corrections, 2862 South Circle Dr., Colorado Springs, CO 80906 to produce the following:

    I.    Inmate grievances filed within three years preceding March 26, 2010 regarding emergency medical care provided or withheld by Carole King, R.N. or Michael Walsh, P.A.

1

      II.      Documents or records referencing emergency medical treatment of Wayne Glasser on March 26, 2010, including subsequent medical treatment conducted at St. Thomas More Hospital and Parkview Medical Center in Pueblo, CO.

      III.      CDOC Clinical Standards and Procedures for Medical Emergencies and Emergency Transfers.

      IV.      Any other Clinical Standards or Procedures that govern treatment of cardiac emergencies, including and standards or procedures specific to Fremont Correctional Facility.

3.      The Clerk of the Court shall issue a subpoena to American Medical Response, Patient Business Services Department, 6200 Syracuse Way, Ste. 200, Greenwood Village, CO 80111 to produce the following:

      I.      An unredacted copy (containing the names of the paramedic and the EMT) of the records related to the transport from Fremont Correctional Facility to St. Thomas More Hospital on March 26, 2010 of Wayne D. Glasser, trip no. 105-10040121-00, account no. 001330719.

4.      The items shall be produced to Wayne Glasser, # 124751, Fremont Correctional Facility, P.O. Box 999, Canon City, CO 81215-0999, **on or before June 25, 2013**.

4.      The United States Marshal shall serve the subpoenas. All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 24th day of May, 2013.

                                  BY THE COURT:

                                  s/ Craig B. Shaffer
                                  United States Magistrate Judge