IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00624-WYD-CBS

WAYNE GLASSER,
    Plaintiff,
v.

CAROLE KING, RN,
MICHAEL WALSH, PA,
LT. JAMES HARDING,
MICHAEL HANSA, MD, Deceased, through surviving spouse and successor, Weera-Anong Hansa,
STEPHEN MACKERROW, MD, and
PUEBLO CARDIOLOGY ASSOCIATES, PC,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Colorado Department of Corrections' Motion to Seal Ex. G to Motion for a Protective Order." Pursuant to the Order Referring Case dated April 20, 2012 (Doc. # 12) and the memorandum dated July 8, 2013 (Doc. # 167), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Colorado Department of Corrections' Motion to Seal Ex. G to Motion for a Protective Order" (filed July 5, 2013) (Doc. # 166) is GRANTED.

    2.    Exhibit G attached to Defendants' Motion for Protective Order (Doc. # 156) shall remain restricted at this time at Level 2, which limits access to the filing party and the court.[1]

---

[1] The Colorado Department of Corrections will make a redacted copy of the document available to Plaintiff for inspection.

DATED at Denver, Colorado this 8th day of July, 2013.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge