IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00624-WYD-CBS

WAYNE GLASSER,
    Plaintiff,
v.

CAROLE KING, RN,
MICHAEL WALSH, PA,
LT. JAMES HARDING,
MICHAEL HANSA, MD, Deceased, through surviving spouse and successor,
WEERA-ANONG HANSA,
STEPHEN MACKERROW, MD, and
PUEBLO CARDIOLOGY ASSOCIATES, PC,
    Defendants.

---

## ORDER FOR CLERK OF THE COURT TO ISSUE SUBPOENA

---

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for hearing on September 23, 2013 on "Plaintiff's Motion for Court-Issued Subpoena Duces Tecum," among other things. Pursuant to the Order of Reference dated April 20, 2012 (Doc. # 12) and the memorandum dated July 29, 2012 (Doc. # 181), this matter was referred to the Magistrate Judge. On April 17, 2012, the court granted Mr. Glasser leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 8). It is now ORDERED that:

    1.    "Plaintiff's Motion for Court-Issued Subpoena Duces Tecum" (filed July 29, 2013) (Doc. # 180) is GRANTED.

    2.    The Clerk of the Court shall issue a subpoena to Milliman Care Guidelines, 901 Fifth Ave., Suite 2000, Seattle, Washington 98164 to produce:

> in hard copy, printed format, all sections of the Milliman Care Guidelines related to the recognition and treatment of cardiac emergencies which would have been available to medical personnel within the Colorado Department of Corrections on March 26, 2010.

      3.      The materials shall be produced to Wayne Glasser, Inmate # 124751, Fremont Correctional Facility, P.O. Box 999, Canon City, CO 81215-0999, **on or before October 21, 2013**.

      4.      The United States Marshal shall serve the subpoenas. All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 24th day of September, 2013.

BY THE COURT:

s/ Craig B. Shaffer  
United States Magistrate Judge