IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00624-WYD-CBS

WAYNE GLASSER,
    Plaintiff,
v.

CAROLE KING, RN,
MICHAEL WALSH, PA,
LT. JAMES HARDING,
MICHAEL HANSA, MD, Deceased, through surviving spouse and successor,
WEERA-ANONG HANSA,
STEPHEN MACKERROW, MD, and
PUEBLO CARDIOLOGY ASSOCIATES, PC,
    Defendants.

---

ORDER FOR CLERK OF THE COURT TO ISSUE SUBPOENAS

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court regarding the hearing held on November 19, 2013 and Plaintiff's subsequent "Notice of Depositions and Request for Court Issued Subpoenas." Pursuant to the Order of Reference dated April 20, 2012 (Doc. # 12) and the memorandum dated November 25, 2013 (Doc. # 233), these matters were referred to the Magistrate Judge. On April 17, 2012, the court granted Mr. Glasser leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 8). It is now ORDERED that:

    1.    "Plaintiff's Notice of Depositions and Request for Court Issued Subpoenas" (filed November 25, 2013) (Doc. # 232) is GRANTED.

    2.    The Clerk of the Court shall issue subpoenas for attendance of the following witnesses:

    Sgt. Jennifer Hansen, Colorado Territorial Correctional Facility, 275 W. Hwy. 50, Cañon City, Colorado, 81212 to appear at 9:00 a.m. on Thursday, December 12, 2013 at the Fremont Correctional Facility, 15000 E. Hwy. 50, Cañon City, Colorado 81212 for her scheduled deposition.

      Timothy Creany, MD, Fremont Correctional Facility, 15000 E. Hwy. 50, Cañon City, Colorado, 81212 to appear at 10:00 a.m. on Thursday, December 12, 2013 at the Fremont Correctional Facility, 15000 E. Hwy. 50, Cañon City, Colorado 81212 for his scheduled deposition.

      Corrections Officer Aranda, Fremont Correctional Facility, 15000 E. Hwy. 50, Cañon City, Colorado, 81212 to appear at 10:30 a.m. on Thursday, December 12, 2013 at the Fremont Correctional Facility, 15000 E. Hwy. 50, Cañon City, Colorado 81212 for his scheduled deposition.

      Stephen MacKerrow, MD, Pueblo Cardiology Associates, 3670 Parker Blvd., Pueblo, Colorado, 81008 to appear at 12:00 noon on Thursday, December 12, 2013 at the Fremont Correctional Facility, 15000 E. Hwy. 50, Cañon City, Colorado 81212 for his scheduled deposition.

3.      The depositions will be recorded by stenograph and audiotape by O'Brien Reporting, 560-A Autumn Crest Cir., Colorado Springs, Colorado, 80919.

4.      The United States Marshal shall serve the subpoenas. All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 26th day of November, 2013.

      BY THE COURT:

      s/ Craig B. Shaffer
      United States Magistrate Judge