IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00624-WYD-CBS

WAYNE GLASSER,
    Plaintiff,
v.

CAROLE KING, RN,
MICHAEL WALSH, PA,
LT. JAMES HARDING,
MICHAEL HANSA, MD, Deceased, through surviving spouse and successor,
WEERA-ANONG HANSA,
STEPHEN MACKERROW, MD, AND
PUEBLO CARDIOLOGY ASSOCIATES, PC,
    Defendants.
_____

ORDER FOR CLERK OF THE COURT TO ISSUE SUBPOENA
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Glasser's "Notice of One Additional Deponent and Request for Leave to Depose a Prisoner . . . ." Pursuant to the Order of Reference dated April 20, 2012 (Doc. # 12) and the memorandum dated December 11, 2013 (Doc. # 244), this matter was referred to the Magistrate Judge. The court has reviewed the Motion and the entire case file and is sufficiently advised in the premises. On April 17, 2012, the court granted Mr. Glasser leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (See Doc. # 8). It is now ORDERED that:

    1. Mr. Glasser's "Notice of One Additional Deponent and Request for Leave to Depose a Prisoner . . . ." (filed December 11, 2013) (Doc. # 243) is GRANTED.

    2. The Clerk of the Court shall issue a subpoena for attendance of the following witness: Jason Struble, Inmate # 128621, Fremont Correctional Facility, 15000 E. Hwy. 50, Cañon City, Colorado, 81212 December 19, 2013 at the Fremont Correctional Facility, 15000 E. Hwy. 50,

Cañon City, Colorado 81212 for his scheduled deposition.

3. The deposition will be recorded by stenograph and audiotape by O'Brien Reporting, 560-A Autumn Crest Cir., Colorado Springs, Colorado, 80919.

4. The United States Marshal shall serve the subpoena. All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 12th day of December, 2013.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge