IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-00624-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:              March 5, 2014 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| WAYNE GLASSER, | *Pro Se (appearing by telephone)* |
| Plaintiff, | |
| v. | |
| CAROLE KING, *et al.,* | Jacob D. Massee |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        10:51 a.m.**
Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendants.

This matter is before the court regarding **Plaintiff's Motion for Leave to Append a Previously Conducted Deposition with Additional Questions** [Doc. No. 254].

Discussion held regarding Plaintiff's request to re-open the deposition of Corrections Officer Arthur Aranda, Defendants' objection, and Defense counsel either appearing physically or by telephone at the deposition.

For the reasons stated on the record, it is

**ORDERED:**        *Plaintiff's Motion for Leave to Append a Previously Conducted Deposition with Additional Questions* [Doc. No. 254, filed 1/21/2014] is **GRANTED**.  The deposition of Mr. Aranda shall be taken **within three weeks of today's date** and shall be limited to fifteen minutes.

The court notes it is not reopening any other fact discovery and expects all parties concerned to coordinate the scheduling of the deposition.

Discussion between the court and parties regarding the current discovery deadlines, filing of dispositive motions, and the depositions of experts in the case.

Discussion between the court and Plaintiff regarding an outstanding discovery issue with respect to the production of a shift log report from the date of the incident in question and the master reconciliation sheet. The court notes it will look into the matter.

HEARING CONCLUDED.
**Court in recess**:     **11:14 a.m.**
Total time in court:     00:23