IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00624-WYD-CBS

WAYNE GLASSER,

    Plaintiff,

v.

CAROLE KING, R.N.;
MICHAEL WALSH, P.A.;
LT. JAMES HARDING; and,
MICHAEL HANSA, M.D., deceased, through surviving spouse and successor, WEERA-
    ANONG HANSA;

    Defendants.

## ORDER

THIS MATTER is before the Court on defendants, Carol King, Michael Walsh, and Lt. James Harding's Motion To Strike Plaintiff's Response To The CDOC Defendants' Motion For Summary Judgment (Doc. 285) [ECF No. 286].

Pursuant to § II(E)(1) of my PRACTICE STANDARDS, "[t]he text of opening and responsive briefs shall not exceed fifteen (15) pages in length."  The only exception to this rule is where extraordinary circumstances exist "where the Court decides that the complexity and numerosity of issues compel briefs of great length." Senior Judge Wiley Y. Daniel's PRACTICE STANDARDS, § II(E)(2).  In such a case, a party requesting application of the exception must file a motion setting forth reasons as to why the exception applies.

The text of *pro-se* plaintiff, Wayne Glasser's, Response To CDOC Defendants' Motion For Summary Judgment [ECF No. 285] exceeds 15 pages and Glasser did not file a motion requesting that the exception apply.  Thus, Glasser's Response To CDOC Defendants' Motion For Summary Judgment [ECF No. 285] does not comply with my PRACTICE STANDARDS.  As such, it is

ORDERED that the motion [ECF No. 286] is **GRANTED** and Glasser's Response To CDOC Defendants' Motion For Summary Judgment [ECF No. 285] is **STRICKEN** for failure to comply with my PRACTICE STANDARDS.  It is

FURTHER ORDERED that Glasser **SHALL RE-FILE** a response to the CDOC Defendants' Motion For Summary Judgment [ECF No. 280] **on or before Thursday, August 14, 2015**.  The response **SHALL COMPLY** with § II(E)(1) of my PRACTICE STANDARDS unless Glasser requests that the exception to my page limitation rule apply and I find that extraordinary circumstances exist such that the exception is warranted.

Dated:  July 24, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge