IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00624-WYD-CBS

WAYNE GLASSER,

    Plaintiff,

v.

CAROLE KING, RN,
MICHAEL WALSH, PA, and
LT. JAMES HARDING,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Amend an Order [ECF No. 289], filed July 31, 2014.   In this Motion, *pro se* Plaintiff requests reconsideration of the Court's Order [ECF No. 287] striking Plaintiff's response to CDOC Defendants' Motion for Summary Judgment [ECF No. 285].   Plaintiff's response was stricken for failing to comply with my PRACTICE STANDARDS.   Defendants filed a response to Plaintiff's Motion to Amend an Order [ECF No. 290] on August 6, 2014.

Plaintiff seeks the Court's approval to allow his thirty-six (36) page Striken Response to stand as submitted.   In the alternative, he requests a 60 day extension for resubmission in order to comply with my PRACTICE STANDARDS and excusal from resubmitting the exhibits filed with his Striken Response [ECF No. 285].   Defendants oppose Plaintiff's request to allow Plaintiff's Striken Response to stand as submitted. Defendants do not oppose Plaintiff's request for a 60 day extension or Plaintiff's request regarding the previously filed exhibits.   For clarity purposes, the Court's Order [ECF No.

287] indicated that the deadline for resubmission was August 14 of 2015.   However, this was a typographical error and is more appropriately August 14 of 2014.

In regards to the Plaintiff's request to allow his Striken Response to stand as submitted, "[e]xceptions to the . . . [Court's] page limitations will be made only in *extraordinary circumstances* where the Court decides that the complexity and numerosity of issues compel briefs of greater length."   Senior Judge Wiley Y. Daniel's PRACTICE STANDARDS, § II(E)(2).   "A motion requesting such permission must include sufficient detail to allow the Court to discern the necessity of additional pages."   PRACTICE STANDARDS, § II(E)(2).   Based on Plaintiff's justification for his Striken Response to stand as submitted, the Court has determined that a thirty-six (36) page brief is not warranted.   Plaintiff will, therefore, need to resubmit a response that complies with my PRACTICE STANDARDS.   As such, it is

ORDERED that the Motion [ECF No. 289] is **GRANTED IN PART** and **DENIED IN PART.**   The Motion is **GRANTED** to the extent that Plaintiff is allowed a 60 day extension to resubmit a responsive brief to CDOC Defendant's Motion for Summary Judgment [ECF No. 280] **on or before October 13, 2014**.   **NO FURTHER** extensions will be considered.   The Plaintiff's response **SHALL COMPLY** with my PRACTICE STANDARDS, to include § II(E)(1) regarding page limitations.   In addition, Plaintiff is **EXCUSED** from resubmitting the exhibits filed with his Striken Response [ECF No. 285].   It is

FURTHER ORDERED that the Motion is **DENIED** as to Plaintiff's request for his Striken Response to stand as submitted.   It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of my

PRACTICE STANDARDS to Plaintiff and that all subsequent motions shall be referred to Magistrate Judge Shaffer in accordance with my prior Order of Reference.

Dated:   August 12, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge