IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00624-WYD-CBS

WAYNE GLASSER,

    Plaintiff,

v.

CAROLE KING, RN,
MICHAEL WALSH, PA,
LT. JAMES HARDING,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time and for Docket Sheet at Government Expense (ECF No. 304), filed March 13, 2015. Plaintiff's motion is **GRANTED IN PART** to the extent that Plaintiff's response to Defendant's Objection (ECF No. 303) is now due **no later than Wednesday, March 25, 2015**. Additionally, the Clerk of the Court shall mail a copy of the Docket Sheet in this case to Plaintiff along with a copy of this Order.

    Dated:   March 17, 2015.