IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 12-cv-00624-WYD-CBS         Date: May 5, 2015
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

WAYNE GLASSER,                            *Pro se* (by phone)

Plaintiff,

v.

CAROLE KING, *et al.,*                    Jacob Massee

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 11:30 a.m.**
Court calls case. Appearances of counsel.

District Judge Daniel issued an order [308] which limited the defendants and the claims in this case. The Plaintiff has filed a motion to amend the complaint and has added new parties and claims. Discussion regarding claims asserted in proposed amended complaint. The proposed third amended complaint violates Judge Daniel's order.

The Plaintiff is given leave to file a revised third amended complaint.

**ORDERED:** *MOTION [309] for Limited Discovery* is **GRANTED.** The 60 days will be determined at a later date after a decision is made on *MOTION [313] to Amend Prisoner Complaint*.

*MOTION [314] for Placement on Attorney Referral List* is **GRANTED.** The Plaintiff will be placed on the attorney appointment list.

*MOTION [313] to Amend Prisoner Complaint* is in **ABEYANCE** pending a revised version of the third amended complaint.

Hearing Concluded.
**Court in recess: 11:55 a.m.** Time in court: 00:25
To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.